No. 797. DAVIS, SECRETARY, STATE BOARD OF ELECTIONS, ET AL. *v.* MANN ET AL. Appeal from the United States District Court for the Eastern District of Virginia. Probable jurisdiction noted. *Robert Y. Button,* Attorney General of Virginia, *R. D. McIlwaine III,* Assistant Attorney General, *David J. Mays* and *Henry T. Wickham* for appellants. *Edmund D. Campbell* and *E. A. Prichard* for Mann et al., and *Henry E. Howell, Jr.* and *Sidney H. Kelsey* for Glanville et al., appellees.

No. 950. WRIGHT ET AL. *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Justin N. Feldman* and *Jerome T. Orans* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, and *Sheldon Raab,* Deputy Assistant Attorney General, for Rockefeller et al., and *Jawn A. Sandifer* for Powell, appellees.

No. 748. ROBINSON ET AL. *v.* FLORIDA. Appeal from the Supreme Court of Florida. Probable jurisdiction noted. *Tobias Simon* and *Howard W. Dixon* for appellants. *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for appellee.

No. 993. UNITED STATES *v.* WARD BAKING CO. ET AL. Appeal from the United States District Court for the Middle District of Florida. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States. *John B. Miller* and *Charles L. Gowen* for appellees. Reported below: —— F. Supp. ——.